IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES BYARS, Inmate #K-68956,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 02-015-GPM |
| | ) |
| **WILLIAM W. FENTON and ROBERT A. DAVENPORT,** | ) |
| | ) |
| **Defendants.** | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

On December 20, 2005, this Court ordered Plaintiff to show cause, in writing, on or before January 16, 2005, why this action should not be dismissed with prejudice for failure to prosecute and for failure to comply with an order of court. (*See* Doc. 18.) The Clerk of Court mailed a copy of the Order to Plaintiff at two addresses: 1137 Revell Ave., Rockford, IL 61107-4157, and 1137 Revell Ave, Rockford, IL 61104. As of today's date, Plaintiff has not responded to the Order.

Accordingly, this action is hereby **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(b), and the Clerk is **DIRECTED** to enter judgment accordingly. The parties shall bear their own costs.

**IT IS SO ORDERED.**

DATED: 01/31/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge