IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES BYARS, Inmate #K-68956,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CIVIL NO. 02-015-GPM |
| **WILLIAM W. FENTON and ROBERT A. DAVENPORT,** | ) ) ) ) |
| **Defendants.** | ) ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court on Plaintiff's failure to prosecute and to respond to an Order of this Court and his subsequent failure to respond to an Order to Show Cause.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's January 31, 2006, Memorandum and Order, this action is **DISMISSED with prejudice**, and the parties shall bear their own costs.

**DATED**: 01/31/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
      Deputy Clerk

APPROVED: s/ G. Patrick Murphy
               G. PATRICK MURPHY
               CHIEF U.S. DISTRICT JUDGE